IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN DELACRUZ,

                                         ORDER

                  Plaintiff,

                                     17-cv-161-bbc

      v.

ROBERT HUMPHREYS, JIM McINNIS,
CO II RUECHEL, SARAH LONDRE,
MS. BUTZKE, RION WETZEL, SGT. WILTZIUS
and MORAINE PARK TECHNICAL COLLEGE,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated April 12, 2017, dkt. #10, I screened plaintiff John Delacruz's complaint in accordance with 28 U.S.C. §§1915 and 1915A, allowing some claims to proceed and dismissing others for plaintiff's failure to state a claim upon which relief may be granted. It has come to my attention that I did not include defendant Robert Humphreys at the conclusion of the order in which I identified all the claims that could proceed or would be dismissed. That was an oversight. As is clear in the body of the opinion, I concluded that plaintiff failed to state a claim against defendant Humphreys with respect to any claim. Accordingly, IT IS ORDERED that the April 12 order is AMENDED to state that plaintiff's

complaint is DISMISSED as to defendant Humphreys.

Entered this 21st day of April, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge